**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| Janelle Silbernagel, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER OF DISMISSAL** |
| | ) | |
| vs. | ) | |
| | ) | |
| Standing Rock/Fort Yates | ) | |
| Community School, Ft. Yates | ) | Case No. 1:08-cv-012 |
| Public School District #4, | ) | |
| and the Standing Rock Sioux Tribe, | ) | |
| | ) | |
| Defendants. | ) | |

_____

Before the Court is a "Stipulation for Dismissal" filed on August 25, 2008. The Court **ADOPTS** the stipulation in its entirety (Docket No. 33) and **ORDERS** that the case be dismissed with prejudice and without costs or disbursements to any party.

**IT IS SO ORDERED.**

Dated this 26th day of August, 2008.

*/s/ Daniel L. Hovland*
Daniel L. Hovland, Chief Judge
United States District Court