**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| Janelle Silbernagel, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER OF DISMISSAL** |
| | ) | |
| vs. | ) | |
| | ) | Case No. 1:08-cv-012 |
| Standing Rock/Fort Yates | ) | |
| Community School, Fort Yates | ) | |
| Public School District #4, and | ) | |
| the Standing Rock Sioux Tribe, | ) | |
| | ) | |
| Defendants. | ) | |

_____

Before the Court is the Plaintiff's "Motion for Dismissal" filed on October 3, 2008. See Docket No. 36. The Court **ADOPTS** the Plaintiff's motion and **ORDERS** that the action be dismissed with prejudice and without costs pursuant to Rule 41(a)(1)(A)(I) of the Federal Rules of Civil Procedure.

**IT IS SO ORDERED**.

Dated this 6th day of October, 2008.

*/s/ Daniel L. Hovland*
Daniel L. Hovland, Chief Judge
United States District Court